FILED
June 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002728458

JEFFREY M. VETTER
CHAPTER 7 TRUSTEE
P.O. BOX 2424
BAKERSFIELD, CA 93303
(661) 809-6806

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:

RUSSELL SCOTT ANGLIM

Debtor(s).

Case No: 10-13360-B-7

Chapter 7

DC No. JMV-2

**APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO SELL PERSONAL PROPERTY AT PUBLIC AUCTION**

Date:   August 5, 2010
Time:   10:00 am
Place:  U.S. Bankruptcy Court
        1300 18th Street, Suite A
        Bakersfield, CA
Judge:  W. Richard Lee

TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY COURT JUDGE:

I, JEFFREY M. VETTER, declare:

1.  I am competent to testify, and if called upon, I would testify to the facts I attest to in this declaration.

2.  The facts provided in this declaration are the facts as I believe them to be, based on statements and documents provided to me by the Debtor, my conversations with Jerry Gould, and documents filed with the Bankruptcy Court. I believe that all the documents and statements

1   I rely on are admissible to prove the truth of the matter asserted under FRE 801(d), 803(3) and
2   (6), 804(b)(3), and 807.

3.  Russell Scott Anglim, filed for relief under Chapter 7 on March 31, 2010. I am the duly qualified, appointed and acting trustee in the case.

4.  The Debtor and his non filing spouse own a 2007 Pontiac Torrent, ("the Personal Property"), which I desire to sell at auction, which is unencumbered and non-exempt. An inventory of the item to be sold at auction is attached as Exhibit "A" to the *Exhibits in Support of Motion for Order Authorizing Trustee to Sell Personal Property at Public Auction Sale.*

5.  I request authority to sell the Personal Property at a public auction, scheduled to be held on September 18th, 2010. I believe that selling the Personal Property at public auction will yield the best price obtainable for the Personal Property under the circumstances of Debtors' case.

6.  Jerry Gould and I conducted a general visual inspection and inventory of the Personal Property. The Personal Property to be sold has been picked up by Jerry Gould of Gould Auction and Appraisal Company ("Auctioneer"). The Personal Property is currently located at the auctioneer's business yard located at 30602 Imperial Street, Shafter, California. The auction will be conducted at 1731 Arts Street, Bakersfield, California.

7.  In order to liquidate the Personal Property, I entered in to an agreement with Jerry Gould of Gould Auction and Appraisal Company ("Auctioneer"). To advertise, manage, and conduct the auction. I filed a separate *Application of Trustee for Order Authorizing Employment of Auctioneer*, which describes in detail the proposed compensation to be paid to Auctioneer. In summary, I propose that the fees for professional services rendered by Auctioneer will not exceed 15% of the gross proceeds for the auction plus a one-time reimbursement of $50.00 for the pick up and storage of the Personal Property. Additionally, Auctioneer may be reimbursed for up to $150.00 in extraordinary expenses he incurs for repair of the Personal Property to ready it for sale.

8.  I believe that employing an auctioneer and selling the Personal Property at public auction is in the best interest of the estate because (a) it would be inefficient for me to search for

a buyer for the 2007 Pontiac Torrent; (b) it allows me to liquidate the Personal Property in a short period of time.

9. Based on the foregoing, I request authorization to sell the Personal Property at Public auction on or about September 18th, 2010 or at such other public auction conducted by Auctioneer as may be reasonable and appropriate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of June, 2010 at Bakersfield, California.

/s/ _____
Jeffrey M. Vetter
Chapter 7 Trustee